DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. McNEIL

No. 307 PC

Case below: 47 NC App 30

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 September 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 16 September 1980.

STATE v. MACKINS

No. 350 PC

Case below: 47 NC App 168

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 15 August 1980.

STATE v. MAINES and STATE v. DUNN

No. 118

Case below: 48 NC App 166

Petition by defendant Dunn for discretionary review under G.S. 7A-31 denied 16 September 1980.

STATE v. MARTIN

No. 237 PC

Case below: 46 NC App 514

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 August 1980.

STATE v. MAXWELL

No. 393 PC

Case below: 47 NC App 658

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 September 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 16 September 1980.